AO 241 (Rev. 5/85)

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

# United States District Court

| District | Massachusetts |
|---|---|

| Name | Michael S. Donovan | Prisoner No. W68164 | Case No. |
|---|---|---|---|

| Place of Confinement | Souza Baranowski Correctional Center<br>1 Harvard Road / Box 8000<br>Shirley, Ma. 01464 |
|---|---|

| Name of Petitioner (include name under which convicted) | Name of Respondent (authorized person having custody of petitioner) |
|---|---|
| Michael S. Donovan | Lois A. Russo<br>Superintendant<br>SBCC |

| The Attorney General of the State of: | Massachusetts, Thomas F. Reilly |
|---|---|

**PETITION**

1. Name and location of court which entered the judgment of conviction under attack **Superior Court of Worcester County / Worcester,Ma.**

2. Date of judgment of conviction **May 26, 2000**

3. Length of sentence **LIFE(2nd Degree), 25-40yrs. Conc. 9½-10yrs. Conc.4½-5yrs.Conc.**

4. Nature of offense involved (all counts) **Aggravated Rape(2cts), Indecent A&B(3cts) Kidnapping(Vacated on Appeal), Threat to Commit Crime**

5. What was your plea? (Check one)
   (a) Not guilty ☒
   (b) Guilty ☐
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☒
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐   No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒   No ☐

RECEIPT # 61969
AMOUNT $ 15⁰⁰
SUMMONS ISSUED N/A
LOCAL RULE 4.1_____
WAIVER FORM_____
MCF ISSUED_____
BY DPTY. CLK. _____
DATE 2/8/05

(2)

9.  If you did appeal, answer the following:

(a) Name of court    Supreme Judicial Court – Commonwealth of Massachusetts

(b) Result    Kidnapping Conviction Vacated...All other convictions Affirmed

(c) Date of result and citation, if known    July 30, 2003  58 Mass.App.Ct.631

(d) Grounds raised    (1) Prosecutor made improper comments on defendant's post-
    miranda denials and silence. (2) Inflamatory and prejudicial comments
    appealing to the jury's sympathies.

(e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

(1) Name of court    Further Appellate Review by SJC

(2) Result    DENIED

(3) Date of result and citation, if known    September 5, 2003  FAR-13573

(4) Grounds raised    Same as in Original Appeal

(f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to
each direct appeal:

(1) Name of court

(2) Result

(3) Date of result and citation, if known

(4) Grounds raised

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions,
applications, or motions with respect to this judgment in any court, state or federal?
Yes☒    No☐

11. If your answer to 10 was "yes," give the following information:

(a) (1) Name of court    United States District Court – Massachusetts

(2) Nature of proceeding    Petition for Writ of Habeas Corpus 28 USC § 2254

(3) Grounds raised    (1) Improper Comments by Prosecutor. (2) Improper comments
on Defendant's Silence.(3)Unconstitutional Impaneled Jury.(4) Counsel
was Ineffective

AO 241 (Rev. 5/85)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐        No ☒

(5) Result  Petition Dismissed for Failure to Respond(Allowed to re-file)

(6) Date of result  December 9, 2004

(b) As to any second petition, application or motion give the same information:

(1) Name of court

(2) Nature of proceeding

(3) Grounds raised

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐        No ☐

(5) Result

(6) Date of result

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.              Yes ☒        No ☐
(2) Second petition, etc.           Yes ☒        No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.
    Caution:  In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(4)

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted you state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(h) Denial of right of appeal.

A.    Ground one: __IMPROPER & PREJUDICIAL COMMENTS BY PROSECUTOR__

Supporting FACTS (state *briefly* without citing cases or law) __Prosecutor made undue__
__comments on how defendant supposedly lied about knowledge of__
__incident, when in actuality, defendant only denied knowledge of__
__any alleged crime. Closing arguement made by prosecutor, was__
__improper as it was based on conjecture rather than facts, causing__
__a prejudicial affect in the jury's decision making process.__

**Please refer to Statement of Facts**

B.    Ground two: __IMPROPER COMMENTS & REFERENCE TO DEFENDANT'S SILENCE__
__USED TO INSUATE GUILT TO JURY__

Supporting FACTS (state *briefly* without citing cases or law) __Prosecutor, in closing__
__arguement, stated that if the defendant was innocent, talking to__
__police during questioning was the time to say so.__
__Prosecutor repeatedly made references to the defendant's silence__
__as well as his silence on the question of consent.__

**Please refer to Statement of Facts**

(5)

C.   Ground three: **UNCONSTITUTIONALLY IMPANELED JURY**

Supporting FACTS (state *briefly* without citing cases or law) Jury member was witnessed talking with the alleged victim's mother during a break in the trial. Jury member should have been excused...Defendant requested such to counsel, NO follow through.

Defense also forced to use peremptory challenges on jurors that should have been excused for cause.

**Please refer to Statement of Facts**

D.   Ground four: **INEFFECTIVE COUNSEL**

Supporting FACTS (state *briefly* without citing cases or law) Lack of defendant testifying at trial was by direct demand of trial counsel, not through own choice. Lack of requesting proper investigation into origins of blood found in vehicle, lack of having these samples tested as defendant requested. Lack of having pertinent documents introduced into evidence.

**Please refer to Statement of Facts**

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: The question on **(C)** was not properly pursued by trial attorney

The question on **(D)** was not pursued by appellate counsel as it represented an Conflict of Interest. **See Statement of Facts**

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ☑         No ☐   **SENTENCE APPEAL**

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:
(a)   At preliminary hearing   Margaret Guzman-COMMITTEE FOR PUBLIC COUNSEL

(b)   At arraignment and plea   Margaret Guzman

(c) At trial ___Margaret Guzman_____

(d) At sentencing ___Margaret Guzman_____

(e) On appeal ___Eric Brandt-COMMITTE FOR PUBLIC COUNSEL/APPEALS UNIT_____

(f) In any post–conviction proceeding _____

(g) On appeal from any adverse ruling in a post–conviction proceeding _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and the same time?
    Yes ☒    No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐    No ☒
    (a) If so, give name and location of court which imposed sentence to be served in the future: _____

    (b) Give date and length of the above sentence: _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
        Yes ☐    No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

___*1-21-05*___
(date)

_____
Signature of Petitioner

(7)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

> EXHIBIT
>
> E

DONOVAN

V.

RUSSO


### STATEMENT OF FACTS


**Ground(s) 1&2**

Although grounds 1&2 have been claimed as independant grounds, they can for the sake of this petition be consolidated as one ground for relief, as both are governed by the petitioner's Constitutional Rights afforded him by the **5th & 14th amendments of the United States Constitution.**

Grounds 1&2 refer to the prosecutor's repeated comments, as well as closing arguement on the petitioner's [Post-Miranda] silence, and how if he(the petitioner)had something to say in his defense, he had plenty of opportunity to do so.

Not only is this prosecutorial misconduct, it is also blatantly unconstitutional, in that it automatically questions the petitioner's right to remain silent, as well as his right not to take the stand in his own defense. By repeated comments, the petitioner's silence was used against him to infer guilt to the jury. Defense counsel objected to these comments, and the trial judge took NO CORRECTIVE ACTION. (DB - P.15-16)

Furthermore, in regards to grounds 1&2, it was highly improper for the prosecutor to comment on the petitioner's failure to speak on the issue of consent (DB - P.22) as a defendant is not required to Volunteer Information, and as such, the petitioner is also afforded the Constitutional right against Self-Incrimination.

---

Petitioner has submitted as exhibits the following.
1. Brief and Record Appendix for the Defendant in the Massachusetts Appeals Court No.01-P-1760.(Herein referred to as (DB - P.)
2. Affidavit in Support of Claim -- Margaret Berry
3. Copy of Appellate Attorney's Letter verifying Failure to introduce evidence claim.

-2-

Petitioner's Appellate Brief clearly points out these Constitutional Infractions, and respectfully requests reversal of all aforesaid convictions, and immediate release from restraint.

**Ground 3**

On the issue of ground 3 claiming Unconstitutional Impanelled Jury, the petitioner offers <u>exhibit</u> <u>D</u> in support of this claim.

The petitioner's 6th Amendment Right to...a trial by an impartial jury...automatically came into question when possible taint by extraneous sources (alleged victim's mother) came to the Trial Court's attention. (See witness affidavit Exhibit B)

Once the issue was verified as occuring, all due consideration should have been afforded the petitioner, to ensure that his constitutional rights were properly preserved.

Petitioner respectfully requests reversal of all aforesaid convictions, and immediate release from restraint.

**Ground 4**

In regards to the final issue of ground 4, Ineffective Assistance of Counsel, the petitioner does hereby aver, that he specifically requested of defense counsel.....

a.) Testing of all blood samples found in petitioner's motor vehicle, to show that blood was only that of the petitioner. This evidence was referred to in state's claim of 1ct. of rape. Defense counsel never pursued.

b.) Once the claim of a knife being used during alleged assault, defendant wanted defense counsel to show beyond a doubt, that said knife could not have been where alleged victim claimed (glove compartment) as said knife could not have fit. Defense counsel never pursued.

c.) Petitioner inquired about testifying on own behalf in order to dispel of allegations. Defense counsel stated "my clients do not take the stand".

---

4. Excerpt from Trial transcript(s)
5. Statement of Facts

d.) Defense counsel's failure to properly introduce into evidence [Fresh Complaint] police report(s), contradicting statements made by the alleged victim. See Exhibit C. Also, refer to (DB - P.14,Note 10) Jury specifically requested to review documents, but were denied by Trial Court, as they were not properly preserved.

These cumulative actions by Defense Counsel, created an atmosphere whereby petitioner was denied fair and adequate counsel which is specifically afforded him by the United States Constitution Amendment 6.

Petitioner respectfully requests reversal of all aforesaid convictions, and immediate release from restraint.

Petitioner respectfully requests that Grounds 3&4 be allowed for review, even though claims were not raised in State Appeal as......

1.) Trial Attorney did not properly preserve claims for for Appellate Review, thereby preventing corrective action by State.

2.) Appellate Attorney was a member of the same Law [FIRM] organization (Committee for Public Counsel Services) and created a conflict of interest in regards to the Ineffective Assistance claim.

For the above mentioned reasons, the petitioner prays that this Honorable Court grant all relief sought.

Respectfully Submitted,

*Michael S. Donovan*

Michael S. Donovan,pro-se
SBCC
P.O.Box 8000
Shirley, Ma. 01464

Signed under the pains and penalties of perjury this

21st day of _January_ ,2005

JS 4
(P v. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Michael S. Donovan

## DEFENDANTS

Lois A. Russo
Superintendant SBCC

FILED
2005 FEB -1  A 11: 53
U.S. DISTRICT COURT
OF MASS

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Worcester
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

ATTORNEYS (IF KNOWN)

05

Nancy White

## II. BASIS OF JURISDICTION          (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government
Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties
in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF
(For Diversity Cases Only)                          AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN          (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original
Proceeding

☐ 2 Removed from
State Court

☐ 3 Remanded from
Appellate Court

☐ 4 Reinstated or
Reopened

☐ 5 Transferred from
another district
(specify)

☐ 6 Multidistrict
Litigation

☐ 7 Appeal to District
Judge from
Magistrate
Judgment

## V. NATURE OF SUIT          (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury — Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☒ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights ☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION          (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

28 USC § 2254

## VII. REQUESTED IN
COMPLAINT:

CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ YES   ☐ NO

## VIII. RELATED CASE(S) (See instructions):
IF ANY

JUDGE

DOCKET NUMBER

DATE

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

FILED
IN CLERKS OFFICE

1.  TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) __Donovan    v   Russo-1 A H:53__

U.S. DISTRICT COURT
MASS.

2.  CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL

    COVER SHEET.   (SEE LOCAL RULE 40.1(A)(1)).

    ___   I.     160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    ___   II.    195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
                 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.        for patent, trademark or copyright cases

    ___   III.   110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
                 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
                 380, 385, 450, 891.

    XXX   IV.    220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
                 690, 810, 861-865, 870, 871, 875, 900.

    ___   V.     150, 152, 153.

3.  TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE
    HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.

4.  HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS
    COURT?
                                                        (YES)        NO

5.  DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE
    PUBLIC INTEREST?   (SEE 28 USC §2403)
                                                        YES          NO

    IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?
                                                        YES          NO

6.  IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE
    28 USC §2284?
                                                        YES          NO

7.  DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE
    COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE
    SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).
                                                        YES          NO

    A.   IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?

         EASTERN DIVISION          CENTRAL DIVISION          WESTERN DIVISION

    B.   IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING
         GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?

         EASTERN DIVISION          CENTRAL DIVISION          WESTERN DIVISION

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __pro-se   Michael S. Donovan__
ADDRESS __SBCC  P.O.Box 8000  Shirley, Ma. 01464__
TELEPHONE NO. _____

(Cover sheet local.wpd - 11/27/00)