# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**MICHAEL S. DONOVAN,**
          **Petitioner**

**v.**

**LOIS A. RUSSO, Superintendent, SBCC,**
          **Respondent.**

**CIVIL ACTION NO.:**
**05-10202-EFH**

## O R D E R

### February 8, 2005

**HARRINGTON, S.D.J.**

A Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody, having been filed by the Petitioner Michael S. Donovan, the Court orders the Criminal Bureau of the Attorney General's Office of the Commonwealth of Massachusetts to respond to said Petition on behalf of the respondent within sixty (60) days from the date of this Order.

      SO ORDERED.

                                              /s/ Edward F. Harrington
                                              **EDWARD F. HARRINGTON**
                                              **United States Senior District Judge**