February 21, 2005

To: Pro Se Intake Clerk
    United States District Court
    District of Massachusetts
    John Joseph Moakley Courthouse
    1 Courthouse Way
    Boston, Ma. 02210

Fr: Michael S. Donovan

Re: Filing of Habeas Corpus, **DONOVAN V. RUSSO**


Dear Clerk,

    On **January 26, 2005**, I submitted for re-filing, (3)copies of my Habeas petition, along with the $5.00 required filing fee, and as of this date, have not received verification that your court has received these documents. If at all possible, could you kindly look into this matter, and confirm whether or not these documents were received.

    I have enclosed a copy of my inmate account, showing the withdrawal of POSTAGE FEES, as well as the $5.00 filing fee, check# 24419.

    Thank you for your attention in this matter, and any assistance you may be able to provide will be greatly appreciated.


                                            Respectfully,

                                            Michael S. Donovan/W68164
                                            SBCC
                                            P.O.Box 8000
                                            Shirley, Ma.
                                                      01464-8000

# MMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

**Date :** 20050201 13:17

**Page :** 1

| Commit# : | W68164 | | | SOUZA-BARANOWSKI CORRECTIONAL | | | |
|---|---|---|---|---|---|---|---|
| Name : | DONOVAN, MICHAEL, S, | | | **Statement From** | 20050101 | | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | | **To** | 20050201 | | |
| Block : | J1 | | | | | | |
| Cell/Bed : | 03 /A | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $2,362.08 | $2,251.41 | $0.00 | $0.00 |
| 20050106 13:40 | PY - Payroll | 3944075 | | SBCC | ~20041219 To 20041225 | $14.00 | $0.00 | $0.00 | $0.00 |
| 20050107 22:30 | CN - Canteen | 3952146 | | SBCC | ~Canteen Date : 20050107 | $0.00 | $14.00 | $0.00 | $0.00 |
| 20050112 23:07 | PY - Payroll | 3975540 | | SBCC | ~20041226 To 20050101 | $10.50 | $0.00 | $0.00 | $0.00 |
| 20050113 17:05 | IS - Interest | 3979063 | | SBCC | | $0.34 | $0.00 | $0.00 | $0.00 |
| 20050114 22:30 | CN - Canteen | 3999384 | | SBCC | ~Canteen Date : 20050114 | $0.00 | $14.90 | $0.00 | $0.00 |
| 20050119 10:00 | EX - External Disbursement | 4010041 | 24335 | SBCC | ~SUB.~TV GUIDE | $0.00 | $11.49 | $0.00 | $0.00 |
| 20050119 10:00 | MA - Maintenance and Administration | 4010042 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050119 14:12 | CI - Transfer from Club to Inmate A/c | 4010950 | | SBCC | ~canteen refund 1/14/05~W68164 DONOVAN,MICHAEL S PERSONAL~KCN WASH ACCOUNT - Z5 | $0.80 | $0.00 | $0.00 | $0.00 |
| 20050119 23:08 | PY - Payroll | 4019801 | | SBCC | ~20050102 To 20050108 | $10.50 | $0.00 | $0.00 | $0.00 |
| 20050121 22:30 | CN - Canteen | 4028533 | | SBCC | ~Canteen Date : 20050121 | $0.00 | $22.30 | $0.00 | $0.00 |
| 20050126 08:16 | IC - Transfer from Inmate to Club A/c | 4038791 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.67 | $0.00 | $0.00 |
| 20050126 08:19 | IC - Transfer from Inmate to Club A/c | 4038799 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.95 | $0.00 | $0.00 |
| 20050126 08:20 | EX - External Disbursement | 4038801 | 24419 | SBCC | ~FILING FEE~U.S. DISTRICT COURT | $0.00 | $5.00 | $0.00 | $0.00 |
| 20050126 23:04 | PY - Payroll | 4048820 | | SBCC | ~20050109 To 20050115 | $14.00 | $0.00 | $0.00 | $0.00 |
| 20050128 22:30 | CN - Canteen | 4056648 | | SBCC | ~Canteen Date : 20050128 | $0.00 | $17.61 | $0.00 | $0.00 |
| | | | | | | $50.14 | $92.92 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $67.89 | $0.00 |

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $67.89 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |