

FILED
CLERKS OFFICE

2005 MAR -7 P 2: 57    March 3, 2005

U.S. DISTRICT COURT
DISTRICT OF MASS

To: Sandra Holahan/Docket Clerk
Fr: Michael S. Donovan
Re: Re-Filing of Habeas Corpus
    **Case Name: Donovan V. Russo**
    **Case Number: 1:04-cv-11761**

Sandra Holahan,

    In regards to the above referenced case, I received notice from your office stating that I would be allowed to re-file new claim (without prejudice) on 12/21/04. On 1/24/05, I mailed copie(s) (one original & three copies) of my Habeas Corpus Claim, along with the $5.00 required filing fee with the Court.
On 2/22/05, I wrote to the Court requesting an update, or at the very least, confirmation that these docuements were received and docketed. As of this date, I have received no response.

    If at all possible, could you kindly confirm whether or not these docuements were received, processed, or rejected for some error on my part. I thank you for any consideration that you may be able to provide me in this matter, and appologize for any inconveniance this request may cause.

                                           Respectfully,

                                           Michael S. Donovan/W68164
                                           SBCC - P.O.Box 8000
                                           Shirley, Ma. 01464

                                      CHRONOLOGY

12/09/04--CASE CLOSED
12/14/04--REQUEST TO RE-FILE MAILED
12/20/04--ALLOWED TO RE-FILE W/O PREJUDICE: JUDGE EDWARD F. HARRINGTON
01/24/05--MAILED OUT COPIES OF NEW CLAIM
02/22/05--REQUEST VERIFICATION OF RECEIPT: NO RESPONSE