Anthony Anastas, Clerk
United States District Court for the
District of Massachusetts
Office of the Clerk
1 Courthouse Way
Suite 2300
Boston, Ma. 02210

FILED
CLERKS OFFICE

2005 MAR 14 P 3: 19

U.S. DISTRICT COURT
DISTRICT OF MASS

March 11, 2005

Re: <u>Donovan v. Russo</u>
    <u>C.A.No.04-11761-EFH</u>

Dear Mr. Anastas,

In regards to the above referenced case, and the attached chronology thereof, I am attempting to receive verification that the docuement(s) as well as the filing fee for the re-filing of petitioner's writ of habeas corpus under sect2254 were received by your court. I have made attempts to verify, yet as of this date have been unsuccessful.

If at all possible, could you kindly look into this matter and contact me with the results? I am sure that you are flooded with various requests, so any consideration that you may be able to afford me will be greatly appreciated.

Respectfully Submitted,

*Michael S. Donovan*

Michael S. Donovan, pro-se
W68164
SBCC
P.O. Box 8000
Shirley, Ma. 01464


DOCUEMENTS ENCLOSED:
    Cover Letter
    Case Chronology
    Inmate Account Sheet/Verifying
    postal costs & Filing fee

CASE CHRONOLOGY

Re: **DONOVAN V. RUSSO**
   C.A.No.04-11761-EFH

```
08/09/04...Writ of Habeas Corpus under Sect.2254 FILED
09/08/04...Respondent files for Enlargement of Time
10/25/04...Respondent files for Enlargement of Time
11/08/04...Respondent files Motion to Dismiss
12/08/04...Motion to Dismiss Allowed-Petitioner Failed to Respond
12/09/04...CASE CLOSED

12/17/04...Letter/Request to Re-File-ALLOWED-
01/26/05...NEW CLAIM MAILED OUT WITH $5.00 FILING FEE(see attached)
02/22/05...Letter to pro-se clerk requesting verification(NO RESPONSE)
03/03/05...Letter to Docket Clerk(S.Holahan) NO REPONSE
03/11/05...Letter to clerk requesting update ???
```

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050201 13:17

Commit#: W68164
Name: DONOVAN, MICHAEL, S,
Inst: SOUZA-BARANOWSKI CORRECTIONAL
Block: J1
Cell/Bed: 03/A

Statement From 20050101 To 20050201   Page: 1

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period: | $2,362.08 | $2,251.41 | $0.00 | $0.00 |
| 20050106 13:40 | PY - Payroll | 3944075 | | SBCC | ~20041219 To 20041225 | $14.00 | $0.00 | $0.00 | $0.00 |
| 20050107 22:30 | CN - Canteen | 3952146 | | SBCC | ~Canteen Date: 20050107 | $0.00 | $14.00 | $0.00 | $0.00 |
| 20050112 23:07 | PY - Payroll | 3975540 | | SBCC | ~20041226 To 20050101 | $10.50 | $0.00 | $0.00 | $0.00 |
| 20050113 17:05 | IS - Interest | 3979063 | | SBCC | | $0.34 | $0.00 | $0.00 | $0.00 |
| 20050114 22:30 | CN - Canteen | 3999384 | | SBCC | ~Canteen Date: 20050114 | $0.00 | $14.90 | $0.00 | $0.00 |
| 20050119 10:00 | EX - External Disbursement | 4010041 | 24335 | SBCC | ~SUB.~TV GUIDE | $0.00 | $11.49 | $0.00 | $0.00 |
| 20050119 10:00 | MA - Maintenance and Administration | 4010042 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050119 14:12 | CI - Transfer from Club to Inmate A/c | 4010950 | | SBCC | ~canteen refund 1/14/05~W68164 DONOVAN,MICHAEL S PERSONAL~KCN WASH ACCOUNT - Z5 | $0.80 | $0.00 | $0.00 | $0.00 |
| 20050119 23:08 | PY - Payroll | 4019801 | | SBCC | ~20050102 To 20050108 | $10.50 | $0.00 | $0.00 | $0.00 |
| 20050121 22:30 | CN - Canteen | 4028533 | | SBCC | ~Canteen Date: 20050121 | $0.00 | $22.30 | $0.00 | $0.00 |
| 20050126 08:16 | IC - Transfer from Inmate to Club A/c | 4038791 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.67 | $0.00 | $0.00 |
| 20050126 08:19 | IC - Transfer from Inmate to Club A/c | 4038799 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.95 | $0.00 | $0.00 |
| 20050126 08:20 | EX - External Disbursement | 4038801 | 24419 | SBCC | ~FILING FEE~U.S. DISTRICT COURT | $0.00 | $5.00 | $0.00 | $0.00 |
| 20050126 23:04 | PY - Payroll | 4048820 | | SBCC | ~20050109 To 20050115 | $14.00 | $0.00 | $0.00 | $0.00 |
| 20050128 22:30 | CN - Canteen | 4056648 | | SBCC | ~Canteen Date: 20050128 | $0.00 | $17.61 | $0.00 | $0.00 |
| | | | | | | $50.14 | $92.92 | $0.00 | $0.00 |

Balance as of ending date: Personal $67.89   Savings $0.00

Current Balances:
Personal $67.89   Savings $0.00   Freeze $0.00   Loan $0.00   Restitution $0.00   Sentence $0.00