UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MICHAEL S. DONOVAN,<br>　　　Petitioner,<br><br>v.<br><br>LOIS RUSSO, SUPERINTENDENT,<br>　　　Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br>Civil Action No. 05-10202-EFH |

## MOTION TO DISMISS

　　The respondent in the above-captioned petition for writ of habeas corpus respectfully moves this Court to dismiss the action for failure to state a claim upon which relief can be granted. Fed. R. Civ. P. 12(b)(6). The petitioner has failed to exhaust state remedies on each and every claim asserted, as required by 28 U.S.C. § 2254(b)(1)-(2).

　　A memorandum in support of this motion is attached.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　THOMAS F. REILLY
　　　　　　　　　　　　　　　　　　ATTORNEY GENERAL

　　　　　　　　　　　　　　　　　　/s/Annette C. Benedetto
　　　　　　　　　　　　　　　　　　Annette C. Benedetto
　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　Criminal Bureau
　　　　　　　　　　　　　　　　　　One Ashburton Place
　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02108
　　　　　　　　　　　　　　　　　　(617) 727-2200
　　　　　　　　　　　　　　　　　　 BBO No. 037060