Sandra Holahan/Docket Clerk(E.Harrington)
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, Ma. 02210

April 22, 2005

**Donovan v. Russo**
**1:05-cv-10202-EFH**

Sandra Holahan,

    I am writing to the court at this time to inquire about the status of the above mentioned case. According to my last notification from the court (3/9/05), an order of Answer/Responsive pleading due w/in 60 days of receipt of order, was issued on 2/17/05. As of this date, I have had no further response in regards to this case, and was wondering if once again, material(s) in regards to this case were lost in the mail.

    Could you kindly send me a copy of the Docket Record for this case so I may confirm this matter.

    Thank you for your attention in this matter, and any assistance that you may be able to provide.

Respectfully,

*[signature]*

Michael S. Donovan/W68164
SBCC
P.O.Box 8000
Shirley, Ma. 01464