UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL S. DONOVAN
    Petitioner

V.                                        Civil Action No. 05-10202-EFH

LOIS RUSSO, SUPERINTENDANT
    Respondent

**MOTION TO PROCEED IN FORMA PAUPERIS**

    Now comes the petitioner, MICHAEL S. DONOVAN, and moves this Honorable Court to grant leave the petitioner, and grant him IN FORMA PAUPERIS status.

    As grounds thereof, and showing good cause, the petitioner states that he is indigent, and attaches hereto his affidavit of indigency.

    Wherefore, the petitioner prays that this Honorable Court allow the petitioner to proceed IN FORMA PAUPERIS, and allow petitioner's motion.

                                                      Respectfully Submitted,

                                                        Michael S. Donovan, pro-se
                                                        SBCC  P.O.Box 8000
                                                        Shirley, Ma. 01464

Dated: 5/31 ,2005