UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Michael S. Donovan,
    Petitioner

V.                                        Civil Action No.05-10202-EFH

Lois Russo, Superintendant,
    Respondent

### NOTICE OF APPEAL

    Petitioner Michael S. Donovan, appearing pro-se, hereby appeals from judgement of the District Court, dismissing the petition for Writ of Habeas Corpus in the above entitled action.
Said judgment was entered on MAY 24, 2005, by the Honorable Edward F. Harrington.
    Concurrently herewith, petitioner requests that the District Court issue a CERTIFICATE OF APPEALABILITY, for which an application for said COA is being contemporaneously filed.

                                              Respectfully Submitted,

                                              Michael S. Donovan, pro-se
                                              SBCC   P.O.Box 8000
                                              Shirley, Ma. 01464

Dated: 5/31 ,2005