### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-10202

Michael S. Donovan

v.

Lois Russo, Superintendant

## CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 6/8/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 14, 2005.

Sarah A. Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 6/16/05 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-10202-EFH

Donovan v. Russo
Assigned to: Judge Edward F. Harrington
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 02/01/2005
Jury Demand: None
Nature of Suit: 540 Mandamus & Other
Jurisdiction: Federal Question

**Petitioner**

**Michael S. Donovan**   represented by   **Michael S. Donovan**
W68164
Souza Baranowski Correctional Center
P.O. Box 800
Shirley, MA 01464
PRO SE

V.

**Respondent**

**Lois A. Russo**   represented by   **Annette C. Benedetto**
*Superintendant SBCC*
Department of Attorney General
One Ashburton Place
Boston, MA 02208
617-727-2200
Fax: 617-727-5755
Email: Annette.Benedetto@AGO.state.ma.us

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/01/2005 | 1 | PETITION for writ of habeas corpus pursuant to 28:2254 $ 5, receipt number 61767, filed by Michael S. Donovan. (Attachments: # 1 Civil Cover Sheet) (Bell, Marie) (Entered: 02/03/2005) |
| 02/01/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge - New Magistrate. (Bell, Marie) (Entered: 02/03/2005) |
| 02/08/2005 | 2 | Judge Edward F. Harrington : ORDER entered. SERVICE ORDER re 2254 Petition. Order entered pursuant to R.4 of the Rules governing Section 2254 cases for service on respondents. Answer/responsive pleading due w/in 60 days of rcpt of this order. SO ORDERED(Holahan, Sandra) (Entered: 02/17/2005) |
| 02/23/2005 | 3 | Letter/request (non-motion) from Michael S. Donovan. (Holahan, Sandra) (Entered: 03/08/2005) |
| 03/07/2005 | 4 | Letter/request (non-motion) from Michael S. Donovan. (Holahan, Sandra) (Entered: 03/09/2005) |
| 03/14/2005 | 5 | Letter/request (non-motion) from Michael S. Donovan. (Holahan, Sandra) (Entered: 03/16/2005) |
| 04/25/2005 | 6 | MOTION to Dismiss by Lois A. Russo.(Benedetto, Annette) Additional attachment(s) added on 4/26/2005 (Holahan, Sandra). (Entered: 04/25/2005) |
| 04/25/2005 | 7 | MEMORANDUM in Support re 6 MOTION to Dismiss filed by Lois A. Russo. (Benedetto, Annette) Additional attachment(s) added on 4/26/2005 (Holahan, Sandra). (Entered: 04/25/2005) |
| 04/25/2005 | 8 | Letter/request (non-motion) from Michael S. Donovan. (Holahan, Sandra) (Entered: 04/28/2005) |
| 05/10/2005 |  | MOTION to Strike 6 MOTION to Dismiss by Michael |

| | | |
|---|---|---|
| | | S. Donovan.(Holahan, Sandra) (Entered: 05/12/2005) |
| 05/10/2005 | 9 | MEMORANDUM in Support re MOTION to Strike 6 MOTION to Dismiss filed by Michael S. Donovan. (Holahan, Sandra) (Entered: 05/12/2005) |
| 05/24/2005 | | Judge Edward F. Harrington : Electronic ORDER entered granting 6 Motion to Dismiss. MOTION ALLOWED. SO ORDERED. cc/cl (Holahan, Sandra) (Entered: 05/24/2005) |
| 06/08/2005 | 10 | MOTION for Leave to Proceed in forma pauperis by Michael S. Donovan.(Holahan, Sandra) (Entered: 06/10/2005) |
| 06/08/2005 | 11 | AFFIDAVIT of Michael S. Donovan in Support re 10 MOTION for Leave to Proceed in forma pauperis filed by Michael S. Donovan. (Holahan, Sandra) (Entered: 06/10/2005) |
| 06/08/2005 | 12 | MOTION for Certificate of Appealability by Michael S. Donovan.(Holahan, Sandra) (Entered: 06/10/2005) |
| 06/08/2005 | 13 | NOTICE OF APPEAL as to Order on Motion to Dismiss by Michael S. Donovan. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 6/28/2005. (Holahan, Sandra) (Entered: 06/10/2005) |