**MANDATE**

# United States Court of Appeals
## For the First Circuit

---

No. 05-1908

IN RE: MICHAEL S. DONOVAN,

Petitioner.

---

Before

Boudin, <u>Chief Judge</u>,
Torruella and Howard, <u>Circuit Judges</u>.

---

JUDGMENT

Entered: March 15, 2006

Michael Donovan, who is serving a state sentence for aggravated rape, indecent assault and battery, and threatening to commit a crime, seeks a certificate of appealability from the district court's dismissal of his habeas corpus petition for failure to exhaust his claims in state court, as required by 28 U.S.C. § 2254(b)(1)(A). Because we conclude that the propriety of dismissing the petition, which contained both exhausted and unexhausted claims, is not reasonably debatable, <u>see</u> <u>Rose</u> v. <u>Lundy</u>, 455 U.S. 509, 518-19 (1982), we deny the application.

<u>Application denied and appeal terminated.</u>

<u>Motion to proceed in forma pauperis denied as moot</u>.

By the Court:

**Certified and Issued as Mandate
under Fed. R. App. P. 41.**

Richard Cushing Donovan, Clerk.

**Richard Cushing Donovan, Clerk**

*[signature]*

**Deputy Clerk**

By: _____
MARGARET CARTER
Chief Deputy Clerk.

**Date:** 4/18/06

[cc: Michael Donovan, Annette Benedetto, AAG]